RECEIVED
CLERK'S OFFICE
2015 JUN 15 PM 1:54
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

H. Vann Causey Jr.
_____
          Plaintiff

          vs.

The Medical Center of Central Georgia / Navicent Health
_____
          Defendant

5 : 15-CV- 230

# TITLE VII COMPLAINT

1. Plaintiff resides at  1141 Briarcliff Rd. Macon, Georgia 31211

2. Defendant(s) names (s)  Tracy Blalock R.N., Kimberly Frazier N.P., Jesse Ray Grant M.D.

Location of principal office(s) of the named defendant(s)  Tracy Blalock R.N. 777 Hemlock St. Macon, Georgia 31201, Kimberly Frazier N.P. and Jesse Ray Grant M.D. 124 3rd Street, Macon, Georgia 31201

Nature of defendant(s) business  Healthcare Facility

Approximate number of individuals employed by defendant(s)  Six Thousand

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

4. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. ___X___ Termination of my employment.
   C. _____ Failure to promote me.
   D. ___X___ Other (Specifiy)  Failure to accomodate my disabilities under the 1990 American with Disabilities Act.

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. ___X___ not presently employed by the defendant. The dates of plaintiff's employment were 01/28/2008-12/03/2012.
   The reasons plaintiff was given for termination of employment is/are:
   (1) ___X___ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. _____ my religion.
   C. _____ my sex.
   D. _____ my national origin.
   E. ___X___ Other (specify)  My disability under the Americans with Disabilities Act of 1990, I have history of autimmune disorder.

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Tracy Blalock R.N Caucasion female, Chief Nursing Officer

Kimberly Frazier N.P. Black female, staff nurse

Jesse Ray Grant M.D. Caucasion male, Medical Director of Macon Occupational Medicine.

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

On Friday November 30, 2012 I went to the Medical Center of Central Georgia's Employee Health Dept. to provide the medical staff my letter of exemption for the Flu vaccine. I arrived and signed in at 15:07 hours. I was later taken to an exam room where I met Kimberly Frazier N.P. I told her the reason for my visit and my situation with my autoimmune disorder that effects both my eyes, especially my left one. She asked me several questions about the autoimmune problem. I explained everything I could recall to her including the warnings that I could loose the left eye if I drank alcohol or did anything that could cause a flare up! My Opthamologist Dr. Sid Moore diagnosed the autoimmune disorder in January 2004. I was on high dose steroids for several months which had little if any benefit. Dr. Moore worked with to get this under control. I still have issues with the eye, they are likely to follow me throughout the rest of my life! I gave Ms. Frazier the letter from my primary care physician Dr. Billy Hutchings requesting that I be excused from the Flu vaccine for this reason. Ms. Frazier looked briefly at the letter and said " well if you can't take the killed vaccine you will have to take the live vaccine". Ms. Frazier wanted to call Dr. Hutchings and arrange for me to take the live vaccine since they did not have the live vaccine at MCCG Employee Health. I was quite disturbed by this, here I am telling you that its a great risk that can potentially cause me great harm. You are trying to force me to take this vaccine against my will and

the advice of my MD! I told Ms.Frazier not to bother, that I was not taking any of her vaccines! This was clearly not safe for me! I have an extensive history of environmental allergies that was discovered by Dr. Billy Jackson in the Spring of 1996. Dr. Jackson advised me not to eat any kind of shellfish or use any types of scented products including dryer sheets, colognes, body soaps, laundry detergents, tissues and so on. I have a very strong histamine response to insect bites which Dr. Jackson advised me to keep Benadryl and possibly an epi-pen if needed. I was very frustrated with Ms. Frazier's desire to force me to take a vaccine! I told her that I would go to Dr. Moore's office immediately and get another letter since she seemed to doubt anything I said! I went directly to Dr. Moore's office and met with his clinical director Vicki. (see addendum)

9. The alleged illegal activity took place at  818 Forsyth Street Macon, Georgia 31201.

10. A. _____  I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____  I have not filed a charge.

11. A. ___X___  I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on March 20, 2015 (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____  I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

Past pecuniary losses to include the loss of my home, my father had to pay off the loan to avoid bank foreclosure.

My father paid Certus Bank $49,610.16 on November 19, 2013 via check number1402. My loss of credit worthiness

due to my termination. Loss of medical and life insurance along with my retirement which I would have been fully vested

on January 28, 2013. Compensatory damages to include back pay for 2 years 6 months and 10 days, $72,075.47. interest

on back pay,front pay, also Sec. 505 of the Rehabilitation Act or the ADA without inclusion of the caps. Sleeplessness,

anxiety, fatigue are part of what I have endured since my termination and loosing my home and livelihood. I request

$500,000.00 compensatory damages plus the above losses, Punitive damages $34,367.00. Injunctive relief (see addendum)

06/13/2015
Date

*[signature]*
Signature of Plaintiff

**Address:** 1141 Briarcliff Rd.

Macon, Georgia 31211

**Telephone:** 478-538-3087

H. Vann Causey Jr.

Addendum to Question 8

I was contacted via my cell phone by Susan Ethridge R.N. DBE while leaving the Employee Health Dept. of The Medical Center of Central Georgia On November 30, 2012. I told her that Kimberly Frazier N.P. had denied my letter of exemption for the flu vaccine. She was shocked, I indicated to her that I was enroute to Dr. Moore's office to get a second letter since Ms. Frazier never gave my letter from Dr. Hutchings any credibility. She indicated that I needed to contact Tracy Blalock R.N. as soon as possible. When I arrived at Dr. Moore's office I met with Vicki, the Clinical Manager. I had spoken to Vicki several weeks earlier about the possibility of needing a second letter. This was to satisfy the exemption even though there was no indication from the staff at Employee Health that no more than one letter was needed.

Vicki was able to get Dr. Moore to meet with me after he finished seeing his patients. We both explained to him what had transpired. He was in disbelief that The Medical Center of Central Georgia would have such a policy that would cause job termination if a person did not meet the exemptions. He agreed to write me a letter specifying my history of Autoimmune Disorder that he had diagnosed in January of 2004. I then contacted Tracy Blalock R.N. to let her speak with Dr. Moore since it would take a while to generate the letter. I told Ms. Blalock I was with Dr. Moore and his Clinical Manager. Dr. Moore had offered to speak with Ms. Blalock to clear up any perceptions that this was not a legitimate exemption! Tracy Blalock R.N. told me "don't bother, its not going to make any difference anyway". I asked her to repeat that, she said "don't bother with the letter and don't come back to work". I was totally shocked! I was trying with every resource I had available to satisfy the exemption request. I told Ms. Blalock that if that is how she felt, I would not report back to work. I was not expecting anything of this nature at all, I had tried to meet the requirement with my letter from Dr. Hutchings. I was completely blown away by the way I had been treated by The Medical Center of Central Georgia! I was able to get the letter from Dr. Moore on Monday December 3, 2012. I left Dr. Moore's office and returned to Employee Health. I requested a copy of the signed refusal form that Kimberly Frazier N.P. had declined my exemption on. I had to initial that I received a copy. I left the office and had no further contact with anyone from The Medical Center of Central Georgia until the following week when I received a certified letter in the mail indicating that I was terminated for violation of hospital policy. The deadline was Friday November 30, 2012 at 5:00 PM for persons with either exemption request or the employees that needed the vaccine. All of the postings, signage and email only indicated Friday November 30, 2012 as the deadline. There is a dispute that employees with exemptions needed to have the exemptions in by October 31, 2012. There is no documentation, signage or emails to suggest that anything other than November 30,2012 was the deadline! Please be aware that the only allowed exemptions were allergies to chicken eggs and a history of Gillian-Barre disease. None of the employees at The Medical Center of Central Georgia were given our rights of refusal to this vaccine program based on religion, medical or philosophical beliefs. Everyone was in continous fear for the loss of their jobs, that is all we heard "we have 100 applicants for each new job we post". They relied on fear to force the employees to take the vaccine or loose their jobs!

H. Vann Causey Jr.

Addendum to question 12


I request injunctive relief from post employment retaliation that includes giving negative or unjustified job references. I request a neutral reference stating only position title, and dates of employment.